1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLENE L. SLAUGHTER,

      Plaintiff,                                No. CIV-S-05-0460 GGH

      vs.

JO ANNE B. BARNHART,                    ORDER TO SHOW CAUSE
Commissioner of Social Security,

      Defendant.
_____/

         On March 8, 2005, a scheduling order was filed in this case. Pursuant to this order, plaintiff was to complete service of process within 20 days from the filed date of the complaint. The court has not received a proof of service showing that the defendant has been served.

         In addition, the parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form. THEREFORE,

\\\\\
\\\\\
\\\\\
\\\\\

plaintiff is ordered to show cause, within twenty (20) days, why the form was not timely returned to the Clerk and why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).

Dated: 8/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH:035
slaughter.osc