1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLENE L. SLAUGHTER,

11              Plaintiff,                        No. CIV-S-05-0460 GGH

12        vs.

13   JO ANNE B. BARNHART,                     ORDER
     Commissioner of Social Security,

14
                Defendant.
15   _____/

16              Counsel for plaintiff having filed the required response, certificate of service and

17   consent to assignment of the magistrate judge, the order to show cause filed August 8, 2005, is

18   hereby discharged.

19              IT IS SO ORDERED.

20
     Dated: 9/19/05
21
                                           /s/ Gregory G. Hollows
22                                         _____
                                           GREGORY G. HOLLOWS
23                                         U.S. MAGISTRATE JUDGE

24   GGH:076
     slaughter460.dch
25

26