McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE L. SLAUGHTER,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>     Defendant. | CASE NO. **2:05-CV-00460-GGH**<br><br>STIPULATION AND ORDER ESTABLISHING OCTOBER 31, 2005 AS DATE OF SERVICE OF SUMMONS AND COMPLAINT ON UNITED STATES ATTORNEY'S OFFICE |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff first served the United States Attorney's Office [*by facsimile transmission pursuant to special agreement in this case only*] on October 31, 2005.  The parties further stipulate that Defendant's answer shall be due within 90 days from the above-stated date of service, as required by the Court's Scheduling Order, with succeeding time periods following accordingly.

1

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: November 1, 2005        /s/ Richard A. Whitaker
                               Richard A. Whitaker

                               Attorney for Plaintiff


DATED: November 1, 2005        McGREGOR W. SCOTT
                               United States Attorney


                               By: /s/ Bobbie J. Montoya
                               BOBBIE J. MONTOYA
                               Assistant U. S. Attorney

                               Attorneys for Defendant

_____oOo_____

## ORDER

Upon stipulation of the parties, it is hereby established that the summons and complaint for Case No. 2:05-CV-00460-GGH, <u>CHARLENE L. SLAUGHTER v. Jo Anne B. Barnhart,</u> were served on the United States Attorney's Office on October 31, 2005, and that the timetable established by the Court's Scheduling Order for filing of Defendant's answer and succeeding papers shall follow upon that date.

**APPROVED AND SO ORDERED.**

**DATED: 11/2/05**                    /s/ Gregory G. Hollows

                              **GREGORY G. HOLLOWS**
                              **UNITED STATES MAGISTRATE JUDGE**

slaughter.ord