1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

FILED

FEB 10 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLENE L. SLAUGHTER,

   Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

   Defendant.

CASE NO. 2:05-CV-00460-GGH

STIPULATION AND [proposed]
ORDER RE REDACTION OF THE
ADMINISTRATIVE TRANSCRIPT

The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified November 22, 2005, contains confidential extra-party records at pages 296 and 334; therefore, the parties stipulate that Defendant shall redact said pages by removing them from the administrative transcript prior to the serving and filing of said transcript.

The parties further stipulate that any review copies of the records found at pages 296 and 334, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

The parties further stipulate that the inadvertent inclusion of said records in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

|   |
|---|
| 1 | document bearing counsel's original signature for retention in Defendant's case file, amd hereby
| 2 | authorizes counsel for Defendant to file this document in PDF format under the latter's
| 3 | Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: January 25, 2006          /s/ Richard A. Whitaker
                                 RICHARD A. WHITAKER

                                 Attorney for Plaintiff

DATED: January 30, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                            By:  /s/ Bobbie J. Montoya
                                 BOBBIE J. MONTOYA
                                 Assistant U. S. Attorney

                                 Attorneys for Defendant



_____oOo_____

**ORDER**

APPROVED AND SO ORDERED.

DATED: Feb. 8, 2006

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE