McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLENE L. SLAUGHTER, | CASE NO. **2:05-CV-00460-GGH** |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

Stip & Order of Remand
2:05-cv-00460-GGH                                **1**

1 offer Plaintiff a new hearing and decision.

2   Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the regulations and Social Security Ruling (SSR) 96-7p and explain the weight accorded the third-party evidence (Plaintiff's husband's testimony).  The ALJ will also be directed to re-contact treating sources as necessary and address all medical opinions in accordance with the regulations and SSR 96-5p.  In addition, the ALJ will be directed to consider Plaintiff's obesity, a diagnosis identified in the new evidence submitted to the Appeals Council.  The ALJ will take any other action necessary to complete the administrative record and issue a new decision.

15   It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

20 / / /
21 / / /
22 / / /
23 / / /

Stip & Order of Remand
2:05-cv-00460-GGH     **2**

1    The parties further stipulate that Plaintiff's counsel
2 shall return a facsimile of this stipulation bearing his
3 signature for retention by Defendant's counsel, and that
4 Defendant shall e-file this stipulation pursuant to applicable
5 local rules.

6
7 DATED: May 11, 2006         By:   /s/ Richard A. Whitaker
                                    RICHARD A. WHITAKER
                                    Attorney at Law
8
                                    Attorney for Plaintiff
9
10 DATED: May 11, 2006              McGREGOR W. SCOTT
                                    United States Attorney
11                                  BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney
12
13                           By:   /s/ Bobbie J. Montoya for
                                    DENNIS J. HANNA
14                                  Special Assistant U. S. Attorney

15                                  Attorneys for Defendant
   OF COUNSEL:
16 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
17 U.S. Social Security Administration

Stip & Order of Remand
2:05-cv-00460-GGH                **3**

### ORDER

This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings, pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 5/19/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MGAISTRATE JUDGE

slaughter.ord

Stip & Order of Remand
2:05-cv-00460-GGH                    **4**